IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY M. GRAHAM, #153 494, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13cv438-WHA |
| ) | (WO) |
| CORIZON MEDICAL SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Plaintiff's Objection (Doc. #16) to the Recommendation of the Magistrate Judge (Doc. #15), and after an independent evaluation and *de novo* review, the court finds the objection to be without merit, for the reasons stated in the Recommendation, and the objection is OVERRULED. The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Plaintiff's claims against the Alabama Department of Corrections and the Alabama Department of Corrections Legal Division are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Alabama Department of Corrections and the Alabama Department of Corrections Legal Division are DISMISSED as parties to this action.

3. This case is referred back to the Magistrate Judge for further proceedings on Plaintiff's claims against the remaining Defendants.

DONE this 26th day of September, 2013.

                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE